**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2064

ALECIA Y. FARLEY,

Plaintiff - Appellant,

v.

BANK OF NEW YORK MELLON, as Trustee for CWABS asset-backed
certificates, Series 2006-8 and all privies known and unknown c/o Shapiro &
Brown, LLP and all privies known and unknown,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond. Robert E. Payne, Senior District Judge. (3:18-cv-00506-REP)

Submitted: February 27, 2019                        Decided: March 11, 2019

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and SHEDD, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Alecia Y. Farley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley appeals the district court's order denying her motion to proceed in forma pauperis (IFP) and directing her to show cause why the court should not hold her in contempt for violating a prefiling injunction. Because Farley voluntarily dismissed her complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), we dismiss as moot the appeal of the denial of her IFP application. *See Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663, 669 (2016) ("A case becomes moot . . . when it is impossible for a court to grant any effectual relief whatever to the prevailing party." (internal quotation marks omitted)).

Turning to the show cause portion of the order, this court exercises jurisdiction only over "final decisions of the district courts," 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 545-47 (1949). Because the order to show cause is neither a final order nor an appealable interlocutory or collateral order, we dismiss this part of the appeal as interlocutory. We deny Farley's motion for leave to proceed IFP on appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2